IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

CR 07 015 ML

UNITED STATES OF AMERICA )
)
vs. ) CR. No.
) In Violation of
YVONNE MANUEL ) 18 U.S.C. §§ 152(2) and 1341

**INFORMATION**

COUNT I

The United States Attorney charges that:

From a time unknown to the United States Attorney to on or about May 15, 2006, the defendant, YVONNE MANUEL, devised a scheme to defraud numerous creditors in the District of Rhode Island and elsewhere. It was part of the scheme that the defendant, YVONNE MANUEL, would use a false social security number, XXX-XX-3112, when establishing credit, purchasing various articles, and borrowing money, totaling $182,556 more or less.

On or about May 15, 2006, in the District of Rhode Island, the defendant, YVONNE MANUEL, for the purpose of executing and attempting to execute the scheme, did cause to be placed in an authorized depository for mail matter, letters addressed to various creditors, including Countrywide Bank, 450 American St., Simi Valley, Ca. 93605 and DeBlois Oil, PO Box 6027, Providence, R.I. 02940.

All in violation of 18 U.S.C § 1341.

COUNT II

The United States Attorney further charges that:

On or about May 15, 2006, in the District of Rhode Island, the defendant, YVONNE MANUEL, knowingly and fraudulently made a false oath in relation to a Chapter 7 Bankruptcy Petition #1:06-bk-10447, filed under Title 11 of the United States Code, with the Bankruptcy Court for the District of Rhode Island in that defendant, YVONNE MANUEL, falsely swore that her social security number was XXX-XX-3112, when, as defendant well knew, that number was not assigned to her.

All in violation of 18 U.S.C. § 152(2).

ROBERT CLARK CORRENTE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 31 Jan 07