**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES**

Count 1: 18:U.S.C. Section 1341
a scheme to use a false social security number when establishing credit, purchasing various articles, and borrowing money, totaling $182,556 more or less and did cause to be placed in an authorized depository for mail matter, letters addressed to various creditors.

Penalties: 20 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment.

Count II: 18 U.S.C. Sections 152 (2)
fraudulently made a false oath in relation to a Chapter 7 Bankruptcy Petitioner #1:06-bk-10447, filed under title 11 of the United States Code, with the Bankruptcy Court for the District of Rhode Island.

Penalties: 5 years imprisonment; 3 years supervised release; $250,000 fine; $100 special assessment.

Anticipated Trial Days: 3