O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

RECEIVED
JAN 2007
U.S. DISTRICT COURT
DISTRICT OF R.I.

UNITED STATES OF AMERICA
V.
YVONNE MANUEL

WAIVER OF INDICTMENT

CASE NUMBER: CR 07 015 ML

I, YVONNE MANUEL, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 2-5-07 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

YVONNE MANUEL
Defendant

Counsel for Defendant

Before
Judicial Officer
USMJ