UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-015 ML

YVONNE MANUEL :

OBJECTION TO PRE-SENTENCE REPORT

NOW comes the defendant, Yvonne Manuel, and objects to the Pre-Sentence Report as follows:

Paragraph 16 Amount of Loss

The Probation Officer determined that the amount of loss is $182,556. This figure is not supported by any factual basis. Defense counsel believes that the figure was determined by subtracting the debts listed in the defendant's bankruptcy petition from the assets listed. See attached Summary of Schedules.

| | |
|---|---|
| Total Liabilities: | $490,606 |
| Total Assets: | 308,050 |
| Net: | 182,556 |

This analysis is inaccurate as the defendant's bankruptcy petition erroneously lists a debt to Countrywide Mortgage as existing at the time of the filing of the petition. In reality, the debt had been paid off prior to the filing of the

petition. The inclusion of the Countrywide debt was erroneous and not intended to defraud any creditors.

Defendant also attaches to this objection a copy of the Schedule F that was part of her bankruptcy petition. On page 2 of Schedule F, there is a debt listed to Countrywide Mortgage. The amount of the debt is listed as $155,737. The debt was paid off on or about March 1, 2004. As evidence of the debt being paid, the defendant submits a copy of a letter from Countrywide confirming that fact, as well as a copy of the check used to pay the loan and associated documents.

If the Countrywide debt was paid and improperly included in the petition, the amount of loss is substantially lower. The defendant's position as to the amount of loss is as follows:

| | |
|---|---|
| Amount of Liabilities: | $334,869 |
| Amount of Assets: | 308,050 |
| Net: | 26,819 |

The defendant's offense level would be reduced by six levels. Accordingly, Ms. Manuel's net offense level would be 10. With a criminal history of I, her offense level would be 6 tp 12 months in Zone B.

YVONNE MANUEL,
BY HER ATTORNEY,

/s/ Edward C. Roy, Esquire
Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served on Stephanie S. Browne, AUSA on the 1st day of May, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire