**United States Bankruptcy Court**
**District of Rhode Island**

...E: Case No. ______

...nuel, Yvonne Chapter 7

Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| | | | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $ 295,000.00 | | |
| B - Personal Property | Yes | 2 | $ 13,050.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 297,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $ 193,606.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 2,925.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,257.00 |
| TOTAL | | 16 | $ 308,050.00 | $ 490,606.00 | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Manuel, Yvonne Case No.
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5222772000<br>Chase<br>PO Box 15153<br>Wilmington, DE 19886 | | W | CREDIT CARD 2001 | | | | 1,437.00 |
| Account No. 50436145093<br>Columbia House<br>PO Box 91605<br>Indianapolis, IN 46291 | | W | consumer debt 2004 | | | | 60.00 |
| Account No. 546681002571560<br>CORTTRUST BANK<br>500 EAST 60TH ST. N<br>SIOUX FALLS, SD 57104 | | W | CREDIT CARD 2000 | | | | 331.00 |
| Account No. 261961<br>COUNTRYWIDE<br>450 AMERICAN ST.<br>SIMI VALLEY, CA 93065 | | W | MORTGAGE DEBT 2000 | | | | 155,737.00 |
| Account No. 0016610070244101<br>Cox Communications<br>PO Box 39<br>Newark, NJ 07101 | | W | utility 2005 | | | | 250.00 |
| Account No. 63922401<br>Cr Bur Collections<br>155 Brookdale Drive<br>Springfield, MA 01104 | | W | credit card 2003 | | | | 536.00 |
| Account No. 166133<br>Crd Info Bureau<br>70 Jefferson Blvd.<br>Warwick, RI 02888 | | W | consumer debt 2001 | | | | 120.00 |

Sheet no. 1 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 158,471.00

(Complete only on last sheet of Schedule F) TOTAL

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Countrywide**
HOME LOANS
*Customer Service Department, SV-314B*
*450 American Street*
*Simi Valley, CA 93065-6298*

**Notice Date:** November 10, 2006

**Account No.:** 261961

Yvonne Manuel
10 Cedar Pond Dr
8
Warwick, RI 02886

**Property Address:**
5 Quinlan CT
Warwick, RI 02886

**IMPORTANT MESSAGE ABOUT YOUR LOAN**

This letter is to confirm that the above-referenced loan account was fully satisfied on 03/02/2004.

**WHAT YOU NEED TO DO**

If you require further assistance, please contact our Customer Service Department at 1-(800) 669-6607.

ROBINSON LAW ASSOCIATES
1383 WARWICK AVENUE
WARWICK, RHODE ISLAND 02888

JOEL ROBINSON
MICHAEL K. ROBINSON*
*ALSO ADMITTED IN MASSACHUSETTS

TEL: (401) 463-7405
FAX: (401) 463-7580
E-MAIL: jmrlegal@aol.com

March 1, 2004

Countrywide Home Loans Servicing LP
Attn: Payoff Department Mail Stop PTX346
7105 Corporate Drive
Plano, TX 75024-4100

RE: Manuel, Yvonne
5 Quinlan Court
Warwick, Rhode Island
**Account # 261961-7**

Ladies/Gentlemen:

Enclosed please find our clients account check made payable to Countrywide Home Loans Servicing, LP in the amount of **$159,931.91**, which sum represents the payoff of the above captioned mortgage to North American Mortgage Company dated 7/5/01 and recorded 7/6/01 in Book 3672 at page 272 and thereafter assigned to Countrywide Home Loans, Inc. recorded 1/22/03 in Book 4395 at page 63 in the Warwick Land Evidence Records.

**We would appreciate if you would kindly forward the discharge of said mortgage to the Warwick Recorder of Deeds, 3275 Post Road, Warwick, RI 02886, for recording, along with a check for $47.00 made payable to the Warwick Recorder of Deeds.**

Any overpayment of interest and/or any funds you are holding in escrow should be sent directly to Ms. Yvonne Manuel and Ms. Pamela A. Gedick, 5 Quinlan Court, Warwick, RI 02886.

Should you have any questions, please feel free to contact the undersigned.

Very truly yours,

Joel Robinson

JR/hcm
Enclosures
Via Federal Express 8412 3528 9610

C:\My documents 1\LETTERS\PAYOFF\Country Wide payoff letter.doc

101016

**ROBINSON LAW ASSOCIATES**
**CLIENTS ACCOUNT**
1383 WARWICK AVENUE
WARWICK, RI 02888

57-12/115
89

DATE March 1, 2004

PAY TO THE ORDER OF Countrywide Home Loans Servicing LP $ 159,931.91

THE SUM 159931 DOLS 91 CTS DOLLARS

CITIZENS BANK
Rhode Island

MAR 02 2004

Manuel 2004-22
FOR Manuel Ln# 261961-7

⑈101016⑈ ⑆011500120⑆1003 796 9⑈ ⑉0015993191⑉

**Countrywide Home Loans Servicing LP**
Payoff Department
7105 Corporate Drive
Plano, TX 75024-4100
1-800-669-6607
Fax: 1-972-526-1115

# PAYOFF DEMAND STATEMENT

**Statement Date: February 23, 2004**
**Statement Void After: March 1, 2004**

(FHA)

**Mailed to:**
Attn :: Jennifer
X
X
X 09999-9999
**Faxed to:** 1-401-475-5082

**Property Address:**
Yvonne Manuel
5 Quinlan CT
Warwick, RI 02886

Escrow #

**Payoff Loan No.: 261961-7**
**Case # RI45107180015703**

| | | |
|---|---|---|
| Principal Balance as of 12/01/2003 | $ | 155,594.48 |
| Interest from 12/01/2003 to 03/31/2004 | | 3,825.04 |
| Uncollected Late Charges | | 187.44 |
| FHA Premium | | 127.62 |
| Fees Due | | 12.50 |
| Escrow Balance Due | | 197.09- |
| Less: Partial Payment Balance | | -138.01 |
| **Total Payoff Due on Loan No. 261961** | **$** | **159,806.16** |
| **Total Due** | **$** | **159,806.16** |

3143.86
x 4 = 125.75
159,931.91

Daily Interest: The Daily Interest calculation does not Apply to FHA loans.

***AMENDED DEMAND STATEMENTS ARE SENT AUTOMATICALLY IF THE TOTAL AMOUNT DUE INCREASES BEFORE MARCH 1, 2004.***

Payoff funds must be made payable to Countrywide Home Loans Servicing LP and will be accepted by WIRE or CERTIFIED FUNDS ONLY. They MUST reference the Countrywide loan number, property address and borrower's name in the OBI (Originator Beneficiary Information) field of the wire transfer or on the face of the check and must be sent per the instructions below. Failure to do so may cause delays resulting in additional interest due or the return of the funds to the remitter. Funds received after 3:00 p.m. Pacific Time may be posted the following business day.

**Wire funds to:**
Bank of America
ABA Routing #121000358
MRC Account #12350-14960

**Mail funds to:**
Countrywide Home Loans Servicing LP
Attention: Payoff Department, Mail Stop PTX346
7105 Corporate Drive
Plano, TX 75024-4100

PAY

***This communication is from a debt collector***

***See page 2 for important information***