UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-015 ML

YVONNE MANUEL :

MOTION TO CONTINUE SENTENCING

_____NOW comes defense counsel, Edward C. Roy, Jr., Assistant Federal Public Defender, and moves to continue the sentencing scheduled in this matter for June 1, 2007. Defense counsel seeks a continuance because a psychiatric evaluation of the defendant has not yet be completed. The evaluation is incomplete because a response to a record request for records in Texas has not yet been received by the psychiatrist hired by the Office of the Federal Defender.

Yvonne Manuel,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to served upon Stephanie Browne, AUSA on the 29th day of May, 2007 by way of ECF case filing.

/s/ Edward C. Roy, Esquire