IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 07-015ML |
| | ) | |
| YVONNE MANUEL | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE SENTENCING

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Defendant's Motion to Continue Sentencing as follows.

The government does not object to the defendant's motion for a continuance.

Respectfully submitted,

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 30th day of May, 2007, a copy of the within Government's Response to Defendant's Motion to Continue Sentencing was served by way of the Electronic Case Filing system to:

Edward C. Roy, Esq.
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401)528-4281

/s/Stephanie S. Browne
STEPHANIE S. BROWNE
Assistant United States Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
Stephanie.browne@usdoj.gov