UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 07-015 ML

YVONNE MANUEL :

REDACTED [1]DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

The defendant hereby submits to the court the following memorandum in aid of sentencing.

Defendant's History 18 U.S.C. § 3553(a)

Defendant's Contributions To The Community 18 U.S.C. § 3553(a)

Despite------------------- , Yvonne Manuel has maintained employment throughout her adult life and has made signficant contributions to the community as a volunteer with her church and with the Sexual Assault and Trauma Resource Center.

Defense Counsel's Sentencing Recommendation

In reviewing the factors set out in 18 U.S.C. § 3553(a), none of the factors weighs in favor of the imposition of a term of incarceration. While the offense of

[1] All references to the Pre-Sentence Report, its contents and to any confidential information have been redacted.

conviction is certainly serious, Ms. Manuel is not a violent offender. Given Ms. Manuel's------------issues, it is by no means certain that incarceration would be anything but debilitating. After a period of incarceration, it is very possible that Ms. Manuel's -----------would be considerably worse than it is now. Further, given Yvonne Manuel's work history and service to the community, there is no need for rehabilitation, at least not in an incarcerative setting. While the goal of deterrence is certainly important for the Court to consider, that goal, alone, does not justify incarceration, given all of the other mitigating factors outlined in this memorandum and in ----------------.

Therefore, defense counsel recommends that the Court impose a sentence of one (1) day in prison, followed by 3 years of supervised release, a community service obligation consistent with the defendant's contributions thusfar to either her church or a rape crisis center.

YVONNE MANUEL,
By her attorney,

EDWARD C. ROY, ESQUIRE
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I hand-delivered a copy of the within to Andrew Reich, AUSA on the 8th day of June, 2007.